Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

GEORGE AVALOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual, | Case No.: 1:20-cv-01786-DAD-JLT |
| Plaintiff, | Hon. Dale A. Drozd |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| GREENACRES FASTRIP INC., a California corporation; JAMIESON HILL COMPANY, a California general partnership; and DOES 1-10, inclusive, | Complaint Filed: December 18, 2020<br>Trial Date: None |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff George Avalos ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: February 11, 2021 | **MANNING LAW, APC** |
|  | By: /s/ *Joseph R. Manning, Jr.* |
|  | Joseph R. Manning, Jr.<br>Attorney for Plaintiff<br>George Avalos |