**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE AVALOS, | Case No. 1:20-cv-01786 DAD JLT |
|                 Plaintiff, | **ORDER CLOSING THE ACTION** |
| v. | (Doc. 9) |
| GREENACRES FASTRIP INC., et al., | |
|                 Defendants. | |

     The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated:  __**February 11, 2021**__        ____**/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE